## ORDER

PER CURIAM

**AND NOW**, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.

EXECUTIVE TRANSPORTATION CO. INC., Aceone Trans Co., AF Taxi, Inc., AG Taxi, Inc., AGB Trans, Inc., Almar Taxi, Inc., TS CAB, Inc, Bag Trans, Inc., BNG CAB Co., BNA CAB Co., BNJ CAB, Inc., Bond Taxi, Inc., BSP Trans, Inc., Double A CAB Co., FAD Trans, Inc., GA CAB, Inc., GD CAB, Inc., GN Trans, Inc., God Bless America Trans, Inc., Grace Trans, Inc., IA Trans, Inc., Jarnail Taxi, Inc., Jaydan, Inc. LAN Trans, Inc., LMB Taxi, Inc. MAF Trans, Inc., MDS CAB, Inc., MG Trans Co., Noble CAB, Inc., Odessa Taxi, Inc., RAV Trans, Inc., Rosemont Taxicab Co, Inc., S & S Taxi CAB, Inc., SAJ Trans, Inc., Saba Trans, Inc., SJ Taxi, Inc., Society Taxi, Inc., Steele Taxi, Inc., TGIF Trans, Inc., V & S Taxi, Inc., Val Trans, Inc., VB Trans, Inc., and VSM Trans, Inc. BM Enterprises, Inc., t/a A.G. Taxi, Bucks County Services, Inc., Dee Dee CAB Company, Germantown CAB Company, Ronald CAB, Inc., t/a Community CAB, Shawn CAB, Inc., t/a Delaware County CAB, and Sawink, Inc., t/a County CAB, Petitioners

v.

**PENNSYLVANIA PUBLIC UTILITY COMMISSION, Respondent**

No. 214 EAL 2016

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Charles R. HORROCKS, Petitioner

No. 627 MAL 2016

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

John Richard VAZQUEZ, Petitioner

No. 473 MAL 2016

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

COMMONWEALTH of Pennsylvania, Respondent

v.

Ruben DELVALLES–VINCENTE, Petitioner

No. 595 MAL 2016

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

